# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICK and JEANNE STILLMOCK, individually and on behalf of all others similarly situated. <br><br> Plaintiffs, <br><br> v. <br><br> RUGGED WEARHOUSE, INC., et al, <br><br> Defendants. | ) ) ) ) No. 1:07 CV 1340-JFM ) ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Patrick and Jeanne Stillmock ("Plaintiffs") and Defendants Rugged Wearhouse, Inc. ("Defendant"), by and through their counsel, stipulate that the Complaint Plaintiffs filed against Defendant on May 21, 2007 alleging class-wide violations of the Fair and Accurate Credit Transactions Act of 2003, 15 U.S.C. § 1681 et seq. ("FACTA"), and all claims alleged therein, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.  The parties further stipulate that each party shall bear its own attorneys' fees and costs.

SO STIPULATED and AGREED, this 22nd day of May, 2008.

| | |
|---|---|
| ____/s/_____ <br> Robert K. Jenner #01465 <br> John J. Cord #16758 <br> Keith D. Forman #28349 <br> JANET JENNER & SUGGS, LLC <br> Woodholme Center <br> 1829 Reistertown Rd., Suite 320 <br> Baltimore, MD 21208 <br> Telephone: (410) 653-3200 <br> Facsimile: (410) 653-9030 | ____/s/_____ <br> Price O. Gielen # 00577 <br> NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A. <br> One South Street, 27th Floor <br> Baltimore, MD 21202-3282 <br> Telephone: (410) 332-8584 <br> Facsimile: (410) 332-8561 |

265267/4020.1

2

| | |
|---|---|
| Edward W. Ciolko | Joel R. Hlavaty |
| Katherine B. Bornstein # 28460 | Gregory R. Farkas |
| Joseph A. Weeden | Lindsey A. Carr |
| Lisa Mellas | FRANTZ WARD LLP |
| SCHIFFRIN BARROWAY | 2500 Key Center |
| TOPAZ & KESSLER, LLP | 127 Public Square |
| 280 King of Prussia Road | Cleveland, OH 44114-1230 |
| Radnor, PA 19087 | Telephone: (216) 515-1660 |
| (610) 667-7706 (phone) | Facsimile: (216) 515-1650 |
| (610) 667-7056 (fax) | |
| *Attorneys for Plaintiffs* | |